UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2022

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Eller, Sheena K. | Docket No. | 2:22CR00133-TOR-17 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Sheena K. Eller, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the Court at Spokane, Washington, on the 23rd day of September 2022, and the 26th day of September 2022, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Additional Condition #14:** AMENDED: Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 3, 2022, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Eller. Ms. Eller acknowledged an understanding of the conditions at that time.

**Violation #1:** Sheena K. Eller is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting marijuana and methamphetamine on October 31, 2022.

On October 31, 2022, Ms. Eller reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of marijuana, amphetamine, and methamphetamine. Subsequently, Ms. Eller signed a substance abuse admission form acknowledging she ingested the aforementioned substances, but did not provide specific dates. Subsequently, the urine specimen was sent to Alere Toxicology Services, Inc. (Alere) for further analysis.

On November 4, 2022, the undersigned officer confronted Ms. Eller regarding her use of illegal controlled substances. Ms. Eller acknowledged she last ingested methamphetamine on October 29 and 30, 2022.

On November 7, 2022, Alere confirmed the above-noted urine specimen tested positive for the presence of marijuana. The test results regarding amphetamine and methamphetamine have yet to be received from Alere.

**Violation #2:** Sheena K. Eller is alleged to have violated the conditions of pretrial release supervision by failing to appear for random drug testing at Pioneer Human Services on October 4 and 21, 2022.

On October 3, 2022, the undersigned officer referred Ms. Eller to the phase urinalysis testing program at Pioneer Human Services (PHS). Ms. Eller was instructed to start contacting PHS daily, effective on October 4, 2022, to determine if she was required to submit to random drug testing.

**Re: Eller, Sheena K.**
**November 8, 2022**
**Page 2**

Ms. Eller failed to report for random drug testing at PHS on October 4 and 21, 2022.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: November 8, 2022 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*James A. Goeke*
Signature of Judicial Officer
11/9/22
Date