# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 22, 2022

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Eller, Sheena K. | Docket No. | 0980 2:22CR00133-TOR-17 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Sheena K. Eller, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 23rd day of September 2022, and the 26th day of September 2022, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 3, 2022, the undersigned officer and Ms. Eller reviewed the conditions of pretrial release supervision. Ms. Eller acknowledged an understanding of the conditions at that time.

**Violation #3:** Sheena K. Eller is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting methamphetamine on November 18, 2022.

On November 18, 2022, Ms. Eller reported to the U.S. Probation Office. During that meeting with the undersigned officer, Ms. Eller admitted she ingested methamphetamine on November 18, 2022. Subsequently, Ms. Eller signed a substance abuse admission form acknowledging her use of methamphetamine on November 18, 2022.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: November 22, 2022 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8

Re: Eller, Sheena K.
November 22, 2022
Page 2

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

11/22/2022

Date