# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 28, 2022**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Eller, Sheena K. | Docket No. | 0980 2:22CR00133-TOR-17 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Sheena K. Eller, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the Court at Spokane, Washington, on the 23rd day of September 2022, and the 28th day of September 2022, under the following conditions:

**Additional Condition #17:** Substance abuse and Mental Health Evaluation: Defendant shall participate and a substance abuse evaluation and mental health evaluation. Pretrial Services shall determine the evaluators and schedules.

Defendant shall complete treatment indicated by an evaluation or recommended by Pretrial Services and shall comply with all rules of a treatment program. Defendant shall be responsible for the cost of testing, evaluation and treatment, unless the United States Probation Office should determine otherwise. The United States Probation Office shall also determine the time and place of testing and evaluation and the scope of treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 3, 2022, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Eller. Ms. Eller acknowledged an understanding of the conditions at that time.

**Violation #1:** Sheena K. Eller is alleged to have violated the conditions of pretrial release supervision by aborting inpatient substance abuse treatment at the Spokane Regional Stabilization Center (SRSC) on November 26, 2022.

On or about October 24, 2022, Ms. Eller participated in a substance abuse evaluation at Pioneer Human Services (PHS). As a result of that evaluation, Ms. Eller was recommended to participate in intensive outpatient substance abuse treatment.

On November 15, 2022, Ms. Eller's counselor at PHS contacted the undersigned officer. The counselor advised that Ms. Eller continued to ingest methamphetamine. Based on her continued drug use, Ms. Eller was referred to the Spokane Regional Stabilization Center (SRSC) to be assessed for placement in an inpatient substance abuse treatment facility. The SRSC is an inpatient facility that provides stabilization services.

On November 18, 2022, a staff member at the SRSC advised the undersigned officer that Ms. Eller aborted treatment services at that facility.

Later on November 18, 2022, the undersigned officer met with Ms. Eller. She agreed to return to the SRSC facility.

Ms. Eller returned to the SRSC on November 19, 2022.

On November 23, 2022, Ms. Eller appeared before Your Honor on a summons to address alleged violations of pretrial release supervision. Ms. Eller was accompanied by a staff member from the SRSC. Prior to the hearing, the undersigned officer spoke with Ms. Eller and the SRSC staff member. The SRSC staff member advised Ms. Eller would be attending co-occurring inpatient substance abuse treatment services at SRSC for approximately 28 days.

As a result of the hearing conducted on November 23, 2022, the Court ordered Ms. Eller to remain in inpatient substance abuse treatment and abide by all treatment recommendations.

On November 26, 2022, at 4:06 p.m., a staff member at the SRSC contacted the undersigned officer and advised Ms. Eller aborted inpatient substance abuse treatment.

On November 28, 2022, Ms. Eller contacted the undersigned officer. She advised did not feel comfortable at the SRSC due to another patient at the facility and chose to leave. Ms. Eller said she does not want to return to the SRSC, but would consider another inpatient treatment facility.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: November 28, 2022

by s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

11/28/22
Date