PS 8
(3/15)

Case 2:22-cr-00133-TOR    ECF No. 622    filed 05/05/23    PageID.1411    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT May 05, 2023

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Eller, Sheena K. | Docket No. | 0980 2:22CR00133-TOR-17 |

## Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Sheena K. Eller, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 23rd day of September 2022, and the 26th day of September 2022, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 3, 2022, the undersigned officer and Ms. Eller reviewed the conditions of pretrial release supervision. Ms. Eller acknowledged an understanding of the conditions at that time.

**Violation #1:** Sheena K. Eller is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of amphetamine and methamphetamine on April 17, 2023.

**Supporting Evidence:** Sheena K. Eller is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of amphetamine and methamphetamine on April 17, 2023.

On April 17, 2023, Ms. Eller reported to Pioneer Human Services (PHS) and provided a urine specimen that tested presumptive positive for the presence of amphetamine and methamphetamine. Ms. Eller denied using illegal controlled substances at that time. Subsequently, the specimen was sent to Alere Toxicology Services, Inc. (Alere) for further analysis.

On or about April 19, 2023, the undersigned officer discussed the above-noted presumptive positive drug test. Ms. Eller denied knowingly ingesting methamphetamine. However, she stated she smoked vape oil from a smoking device she had previously used to ingest methamphetamine.

On April 24, 2023, Alere confirmed the above-noted urine specimen tested positive for the presence of amphetamine and methamphetamine.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:    May 5, 2023 |
| by | s/Erik Carlson |
| | Erik Carlson
U.S. Pretrial Services Officer |

PS-8

**Re: Eller, Sheena K.**
**May 5, 2023**
**Page 2**


THE COURT ORDERS

[ X]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

5/5/23
_____
Date