UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 06, 2023

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Eller, Sheena K. | Docket No. | 0980 2:22CR00133-TOR-17 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Sheena K. Eller, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 23rd  day of September 2022, and the 26th day of September 2022, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Additional Condition #14:** AMENDED: Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month.  Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance.  Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 3, 2022, the undersigned officer and Ms. Eller reviewed the conditions of pretrial release supervision.  Ms. Eller acknowledged an understanding of the conditions at that time.

**Violation #1:** Sheena K. Eller is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting methamphetamine on or about June 19, 2023.

On June 22, 2023, Ms. Eller reported to the U.S. Probation Office to submit to drug testing. There were no female U.S. probation officers available to collect a urine sample at the time of this meeting. Subsequently, Ms. Eller admitted she ingested methamphetamine on or about June 19, 2023. She signed a substance abuse admission form acknowledging her use of methamphetamine.

**Violation #2:** Sheena K. Eller is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting methamphetamine on or about July 1, 2023.

On July 5, 2023, Ms. Eller reported to the U.S. Probation Office and provided a urine specimen that tested presumptive positive for the presence of methamphetamine and fentanyl. Ms. Eller admitted to ingesting methamphetamine on or about July 1, 2023. However, Ms. Eller denied knowingly ingesting fentanyl. Subsequently, Ms. Eller signed a substance abuse admission form acknowledging her use of methamphetamine on or about July 1, 2023.

The above-noted urine specimen was sent to Alere Toxicology Services, Inc. (Alere) to be tested for the presence of fentanyl. As of the date of this petition, the undersigned officer has yet to receive the results from Alere.

**Violation #3:** Sheena K. Eller is alleged to have violated the conditions of pretrial release supervision by failing to appear for random drug testing on June 21 and 29, 2023.

Re: Eller, Sheena K.
July 6, 2023
Page 2

On April 13, 2023, the undersigned officer referred Ms. Eller to the random urinalysis testing program at Pioneer Human Services (PHS). Ms. Eller was instructed to contact PHS on a daily basis to determine if she was required to submit to random urinalysis.

Ms. Eller failed to report for random drug testing at PHS on June 21 and 29, 2023.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: July 6, 2023 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[x]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_/s/ James A. Goeke_
Signature of Judicial Officer

July 6, 2023
Date