.PROB 12B
(7/93)

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 15, 2024

SEAN F. McAVOY, CLERK

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Sheena K. Eller               Case Number: 0980 2:22CR00133-TOR-17

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: December 21, 2023    Type of Supervision: Supervised Release

Original Offense: Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349    Date Supervision Commenced: March 2, 2024

Original Sentence: Prison - 6 months
                   TSR - 36 months             Date Supervision Expires: March 1, 2027

## PETITIONING THE COURT

On March 4, 2024, the offender's conditions of supervision were reviewed by the probation officer and she signed said conditions acknowledging an understanding of her requirements.

To modify the conditions of supervision as follows:

10    You must participate in an inpatient substance abuse treatment program and any recommended aftercare. You must follow the rules and regulations of the treatment program. The probation officer will supervise your participation in the program (provider, location, modality, intensity, etc.). You must pay the costs of the program if financially able.

### CAUSE

On March 2, 2024, Ms. Eller commenced her 36-month term of supervised release in the Eastern District of Washington.  Pursuant to her special conditions of supervision, the offender was referred for co-occurring services and she was placed on the random urinalysis testing program.

On March 7, 2024, this officer left a voicemail message for the offender indicating that the urinalysis color she had been assigned at her intake appointment was incorrect. She was further provided with her new color and was instructed to report to Pioneer Human Services (PHS) when that color was called.

On March 11, 2024, the offender failed to report for random urinalysis testing at PHS when her assigned color was called.

On March 12, 2024, this officer contacted the offender who advised she never received this officer's voicemail on March 7, 2024, which provided her with her new color for the urinalysis testing program. She also indicated that she was at Spokane Addiction Recovery Centers (SPARC) in an effort to get into inpatient treatment.  She explained that her former treatment provider, YFA Connections, informed her that she would not be accepted back into their treatment program until she completed inpatient treatment. She further admitted to using methamphetamine and marijuana on or about March 10, 2024. In response, she was instructed to report to the U.S. Probation Office on that same date to provide a urine specimen. Ms. Eller failed to report to the U.S. Probation Office as instructed.

Prob 12B
**Re: Eller, Sheena K.**
**March 15, 2024**
**Page 2**

On March 13, 2024, Ms. Eller was admitted into inpatient treatment at SPARC.

On March 14, 2024, this officer met with Ms. Eller at SPARC. At that time, she signed a waiver of hearing form agreeing to the above-referenced modification.

It is respectfully recommended that the Court modify the offender's conditions of supervised release to include the requirement that she participate in inpatient treatment and any recommended aftercare services.

|  |  | Respectfully submitted, |
|---|---|---|
|  | by | s/Lori Cross |
|  |  | Lori Cross |
|  |  | U.S. Probation Officer |
|  |  | Date: March 15, 2024 |

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

Thomas O. Rice
United States District Judge
March 15, 2024
Date