PROB 12C
(6/16)

Report Date: February 25, 2025

# United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 25, 2025

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Sheena K. Eller | Case Number: 0980 2:22CR00133-TOR-17 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99207 | |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: December 21, 2023

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | | |
| Original Sentence: | Prison - 6 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: | March 2, 2024 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | March 1, 2027 |

## PETITIONING THE COURT

To issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on February 4, 2025.

On March 4, 2024, the offender's conditions of supervision were reviewed by the probation officer and she signed said conditions acknowledging an understanding of her requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Special Condition #8**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 8, by failing to submit to urinalysis testing on February 12, 2025.<br><br>On February 12, 2025, the probation officer instructed Ms. Eller to report to Pioneer Human Services (PHS) for urinalysis testing. She reported to PHS as directed; however, she failed to provide a valid urine specimen. |
| 12 | **Special Condition #8**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
Re: Eller, Sheena K.
February 25, 2025
Page 2

      **Supporting Evidence**: The offender is alleged to have violated special condition number 8, by ingesting a controlled substance, marijuana, on or about February 18, 2025.

      On February 18, 2025, the offender reported to the U.S. Probation Office for a scheduled appointment. At that time, she submitted a urine specimen that returned presumptive positive for methamphetamine and marijuana. When questioned by the probation officer, she denied use of both substances.

      The urine specimen was thereafter confirmed positive for marijuana. The confirmation for methamphetamine is currently pending.

13      **Special Condition #7:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete approved substance abuse treatment programs, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

      **Supporting Evidence:** The offender is alleged to have violated special condition number 7, by failing to attend scheduled treatment sessions at Youth Family Adult Connections on February 3 and 18, 2025.

      On February 24, 2025, this officer contacted the offender's treatment provider to discuss Ms. Eller's progress in treatment. At that time, her counselor advised that the offender missed scheduled group treatment sessions on February 3 and 18, 2025.

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 25, 2025

s/Lori Cross

Lori Cross
U.S. Probation Officer

Prob12C
Re: Eller, Sheena K.
February 25, 2025
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Thomas O. Rice
United States District Judge

February 25, 2025
Date