PROB 12C
(6/16)

Report Date: March 4, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 05, 2025**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Sheena K. Eller | Case Number: 0980 2:22CR00133-TOR-17 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Spokane, Washington 99260 | |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: December 21, 2023

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | | |
| Original Sentence: | Prison - 6 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: | March 2, 2024 |
| Defense Attorney: | Justin Lonergan | Date Supervision Expires: | March 1, 2027 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on February 4 and 25, 2025.

On March 4, 2024, the offender's conditions of supervision were reviewed by the probation officer and she signed said conditions acknowledging an understanding of her requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 14 | **Special Condition #8**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 8, by ingesting a controlled substance, methamphetamine, on or about February 18, 2025.<br><br>On February 18, 2025, Ms. Eller submitted a urine specimen at the U.S. Probation Office that was presumptive positive for marijuana and methamphetamine. At that time, she denied use of both substances.<br><br>The urine specimen was thereafter confirmed positive for marijuana and methamphetamine. It should be noted, the Court was notified of the confirmed positive for marijuana on February 25, 2025. |

Prob12C
Re: Eller, Sheena K.
March 4, 2025
Page 2

| | | |
|---|---|---|
| | 15 | **Special Condition #8**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: The offender is alleged to have violated special condition number 8, by ingesting a controlled substance, methamphetamine, on or about February 20, 2025.

On February 20, 2025, Ms. Eller submitted a urine specimen at Pioneer Human Services (PHS) that was presumptive positive for methamphetamine, marijuana and ethanol. At that time, Ms. Eller signed a denial form indicating she had not used said substances.

The urine specimen was thereafter confirmed negative for marijuana, but was confirmed positive for methamphetamine. The confirmation for ethanol was inconclusive.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 4, 2025

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
United States District Judge

March 5, 2025
Date