PROB 12C
(6/16)

Report Date: October 8, 2026

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 13, 2026

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

ECF No. 1580

Name of Offender: Sheena K. Eller Case Number: 0980 2:22CR00133-TOR-17

Address of Offender: [redacted] Spokane, Washington 99260

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: December 21, 2023

Original Offense: Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349

Original Sentence: Prison - 6 months; TSR - 36 months — Type of Supervision: Supervised Release

Revocation Hearing: (March 26, 2025) Prison - 5 months; TSR - 31 months

Asst. U.S. Attorney: Brandon Lloyd Pang — Date Supervision Commenced: July 25, 2026

Defense Attorney: Justin Lonergan — Date Supervision Expires: February 24, 2028

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on September 15, 2026.

On July 28, 2025, the offender's conditions of supervised release were explained by the probation officer and she signed said conditions acknowledging she understood her requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 3, by ingesting controlled substances, methamphetamine, cocaine, and marijuana, on or about September 9, 2026.<br><br>On September 9, 2026, a sweat patch was applied on the offender. As noted in alleged violation number 3 of this violation series, the offender claimed the sweat patch got caught on her shirt and was completely peeled off her skin. She brought the aforementioned sweat patch to the U.S. Probation Office on September 14, 2026, at which time it was sent to PharmChem, Inc., for further testing. |

On September 24, 2026, this officer received notification that the sweat patch was positive for methamphetamine, cocaine, and marijuana.

8 **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 3, by ingesting a controlled substance, marijuana, on or about September 15, 2026.

On September 15, 2026, Ms. Eller submitted a urine specimen at the U.S. Probation Office that was presumptive positive for methamphetamine and marijuana. She admitted to use of methamphetamine, but stated she did not recall using marijuana. Her methamphetamine use was reported to the Court on September 15, 2026, and the urine specimen was thereafter sent to the laboratory for confirmation of marijuana use.

On September 24, 2026, the aforementioned urine sample was confirmed positive for marijuana.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 8, 2026

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.

Thomas O. Rice

Signature of Judicial Officer

October 13, 2026

Date